# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 23, 2012

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2012

GREGORY C. LANGHAM
CLERK

10cv 1606-REB

Re: Charlotte, aka Charlotte Kempf
v. Karla J. Hansen
No. 11-7481
(Your No. 11-1113)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk